RECEIVED
JUN 06 2019
Clerk, U.S. Courts
District of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES B. SCOTT,<br><br>Defendant. | 6:18-PO-5077-JCL<br>CVB Violation No:<br>FAJC0004 and FAJC0006<br><br>ORDER DISMISSING |

The government has moved to dismiss the above referenced violation notices without prejudice. Accordingly,

**IT IS ORDERED** that violation notices FAJC0004 and FAJC0006 are **DISMISSED**.

The Clerk of Court is directed to forward a copy of this order to the U.S. Attorney's Office, the Defendant at 252 Woodland Heights Rd., Libby, MT 59923, and to the Central Violations Bureau at P.O. Box 780549, San Antonio, Texas 78278-0549. CVB is directed to enter **NC** as the disposition code in this matter.

DONE and DATED this _6th_ day of June, 2019.

Jeremiah C Lynch
United States Magistrate Judge

c:  USA
    Def
    CVB

ORDER - PAGE 1